No. 836. MCCULLOUGH *v.* KAMMERER CORPORATION ET AL. June 5, 1944. The petition for rehearing is granted.

The order of May 8, 1944, denying certiorari, 322 U. S. 739, is vacated and the petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is granted. *Messrs. R. Welton Whann, A. W. Boyken,* and *Robert M. McManigal* for petitioner. *Messrs. Frederick S. Lyon* and *Leonard S. Lyon* for respondents.